IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 FEB -8  A 9: 40

Antione Roosevelt Harris 225173 )
_____ )
Full name and prison number    )
of plaintiff(s)                )
                               )
v.                             )         CIVIL ACTION NO. 3:06cv121-MHT
                               )         (To be supplied by Clerk of
Jimmy Abbett; Sheriff          )          U.S. District Court)
Blake Jennings; Jail Administrator )
Tallapoosa County, ~~Cocco~~ Alabama )
Department of Corrections, et al )
                               )
_____ )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( )  NO (✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

    3.   Docket number _____

    4.   Name of judge to whom case was assigned _____

_____

    5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    6.   Approximate date of filing lawsuit _____

    7.   Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Tallapoosa County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Tallapoosa County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                  ADDRESS

1. Jimmy Abbett   316 Industrial Park Drive, Dadeville, AL 36853
2. Blake Jennings 316 Industrial Park Drive, Dadeville, AL 36853
3. Alabama Dept. of Corrections Box 301501 Montgomery, AL 36130
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED October 20, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On 10/20/05 a state inmate named Henry Murphy, who had been sentenced well over 30 days, in

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

violation of Federal injuncture, stole a razor and cut me up repeatedly. I am a county inmate, ~~and~~ and was housed with a psychotic state inmate who was convicted of a violent offense and was not taking his medication, as directed. He was selling his meds and hoarding his meds to attempt suicide. He also ~~~~ assaulted another

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____
_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____
_____

inmate with a wheelchair footrest and was subsequently convicted of 2nd degree Assault (a felony, also violent) and yet he still was not transferred to the Alabama Department of Corrections.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Pay my Medical expenditures, Pay for pain and suffering, Also issue an order to seperate State and County Inmates and transfer State inmates to prison within 30 days pursuant to Court order, also seperate ~~Rape~~ Psychotic Rapists and Violent Offenders from people with only fines.

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2/6/06
(Date)

_Signature of plaintiff(s)_

4