Harris

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Toni McCain_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Toni McCain  2-14-06 |
| 1. Article<br>Jimmy Abbett<br>Sheriff<br>Tallapoosa County Jail<br>316 Industrial Park Dr.<br>Dadeville, AL 36853 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| :06cv121 (Comp, R+R 40 Dys)<br>Article Number<br>(Transfer from service label)   7005 1160 0001 2962 3243 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540