Harris

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

    Blake Jennings
    Jail Administrator
    Tallapoosa County Jail
    316 Industrial Park Dr.
    Dadeville, AL 36853

3:06CV121 (Cmp, Order, R+R 40 pg)

2. Article Number
   (Transfer from service label)     7005 1160 0001 2962 3250

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tom McCain_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Toni McCain     2-14-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes