IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTIONE ROOSEVELT HARRIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:06cv121-MHT |
| | ) |
| JIMMY ABBETT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On 13 February 2006, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against the Alabama Department of Corrections are DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Alabama Department of Corrections is DISMISSED from this cause of action; and

3. This case, with respect to the claims against defendants Abbett and Jennings, is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 1st day of March, 2006.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE