IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTIONE ROOSEVELT HARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:06cv121-MHT |
| | ) |
| JIMMY ABBETT, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On 25 April 2006, the Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

    ORDERED as follows:

    1.    That the Recommendation be and is hereby adopted;

    2.    That the defendants' motion for summary judgment be and is hereby GRANTED to the extent that the defendants seek dismissal of this case for plaintiff's failure to exhaust an available administrative remedy; and

    3.    That this case be and is hereby DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an available administrative remedy.*

Done this the 17th day of May, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

*The parties are advised that this order does not in any way address the merits of the plaintiff's claims for relief. Consequently, this dismissal has no impact on the plaintiff's ability to pursue his claims in this court upon his exhaustion of all available administrative remedies or at the time he no longer has an administrative remedy available to him.